IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF TENNESSEE

Nashville _____ DIVISION

RECEIVED

NOV 02 2020

US DISTRICT COURT
MID DIST TENN

Cedric Dixon _____ )
_____ )
_____ )
_____ )
PLAINTIFF(S) )
)
03-20  0991
)
)
vs. )
Metro Nashville Police Dept. )     CIVIL ACTION NO._____
Kyle D. Parks, Public Defender office )
D.D.C. Booking + Pretrial Officers )
Commissioner Nashville D.D.C. )
DEFENDANT(S) )
Brian Griffon

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER

42 U.S.C. §1983

I.     Previous Lawsuits

Trial court do not have Jurisdiction to Resentence
I never went to Preliminary, or read rights
They threaten me to resentence me.

A.     Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action or otherwise relating to your imprisonment? Yes___ NO✓

B.     If your answer to A is yes, describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using the
same outline).

1.  Parties to this previous lawsuit

Plaintiffs:  Cedric Dixon _____

This is a Emergency they threat to kill me, + sexual harass me

Defendants:  David Elliotte, Shaw Cunningham, A. Cordova.
D.D.C. Classification, Nashville Criminal courts. Booking D.D.C.

Judge Mylissa Black Burn, P.D. Griffen
R. Warren

2. Court (if federal court, name the district, if state court, name the county):

_____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still

    pending?): _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II.    Place of present confinement __DDC Nashville_____

A.    Is there a prisoner grievance procedure in this institution? YES ✔️  NO_____

B.    Did you present the facts relating to your complaint in the prisoner grievance

       procedure? YES ✔️  NO_____

C.    If your answer is Yes:

       1. What steps did you take?:
       __I verbally told stg. captin, I filed grievances__

       _____

       2. What was the result? __They said they don't go ~~against~~__
They don't answer grievances
__against each other. Judge Dewer and David Elliotte__
                                    threaten them too.
D.    If your answer is No, explain why not: _____
       __They told me they don't answer grievances__
       __because they don't go against each other.__

III.    Parties

       (In Item B below, place the full name of the defendant in the blank marked B his official
       position and place of employment. In Item A, place your full name and address. Do the same
       for additional plaintiffs, if any).

A.    Name of Plaintiff __Cedric Dixon__

       Address __200 James Robertson Parkway__

B.    Defendant __David Elliotte__  is employed as __@ Nashville__
       __Metro Police__  at __Nashville Metro Police__

2

Nathan **Cates**, Stg Hendry, ofc. Hilson, Stg william

C.   Additional Defendants: Kyle D. Parks, Pre-trial, D.D.C. Booking Officers,
Elaine Heard, Tim Dewyer, Diana Hurley, T.B.I., M.B. Offi.
Commissioner of Nashville, Aron Holt, Nashville Metro Police, U.S. Marshall

IV.   Statement of Claim

Sexual exploitation my statement of claim is. Illegal Search and Seizure,
Sexual Harassing False Arrest, Threaten to Kill me, conspiracy to committe
murder, Double Jeopardy, Sexual Harassment, Slander
Illegal wire tap, cyber crime, false S.o.R, falsifying documents, sexual exploitation

State here as briefly as possible the _facts_ of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.

Illegal lock me down for medical, sexual exploited me on video.
Starting 2018 Oct. Nashville Metro Police Dept,
and Police officer threaten to Kill me and
Sexual Harassed me He along with Shaw
Cunningham, and Kyle D. Parks threaten to Kill me if
I didn't sign the Illegal Sor. Also the Nashville
Commissioner. I was sentence by Judge Dozier, Represented
by Elaine Heard 2015 for attempt promoting Prostituting a
misdemeanor that do not have no Statue. Kyle Parks I
recorded stated Tim Dewyer have them doing this to Kill
me. David Elliotte, Commissioner, Cunnigham said the same
also Santiolpirapari. They threaten to Kill me Conspiring to
Kill me This Double Jeopardy. They Illegally put Promoting
Prostitution Statue 39-13-515 that's for priors. Judge
Dozier sentence me can't no one go behind him thats
double Jeopardy. Heard took my money Phone, cars,
Computer truck. the commissioner keep making false warrants
to keep up with me to Kill me. Attorney Christopher Santiolpirapari
Said Dewyer to all agency even Federal court don't help me or answer
this emergency.

# In The middle District federal Court
## U.S.C. 42 § 1983 civil Complaint

Cedric Dixon 511099

US.
Judge Tim Dewyer (memphis)

Nashville Metro Police Dept.

Shaw cunningham
A. Cordova
Nashville Metro Police
Sta. Hendry off. BradBury C.

Christopher Santirol PiraPari (memphis)

Officer M.B (Nasho)

Sta. williams (memphis)
officer Hilson (memphis)

Elaine Heard.
Jail Admin. Kirkfield

David Elliotte   Nashville Police
Commissoner   Nashville
Pre-trial officer Nashville
Attorney Kyle D. Parks
Case manager Diana Hurley memphis

T.B.I.   memphis U.S. Marshall

Davidson county pre trail
Classification memphis
Davidson county officers
Judge Aron Holt

I've filed grievances wrote the Board of Professional Responsibility, Jail Admin. Internal Affairs for the sheriff and police Dept. I can't get no Help. My Life has been threaten these people threaten to Kill me. They constant sexual Harass me. Put false warrants out to keep up with me to Kill me. They said they not answering my grievance.

Statement of Claim: My Statement of claim is They Conspiring to kill me. They threaten to murder me. Illegal search and seizure, falsifying Charges Double-Jeopardy, and files, conspiracy to committe murder, mail fraud. Slander my name Defamation of Charcter. Illegal put me on S.O.R. for a misdemeanor. Deny medical treatment. This is an Emergency! CYBER Crime is also my claim.

4.

Unlawful arrest, Kidnapping, Extortion, Racial Discrimination, U.S. Marshall stalking me to kill me for Dewyer and Elliotte

Comes now Pro, se Cedric Dixon files civil complaint because the government officials threaten to kill me. According to U.S. Constitution an Emergency complaint can be filed free and the federal government will intervene.

9-25-18 Judge Tim Dewyer sentenced me to Caps Program. Then He tried to force me to sign off Caps and Had a mexican lawyer to threaten my life. I was force to go to nashville, Illegally when a Racist cop David Elliotte threaten to kill me said I need to stick to black and quit putting that Big Black penis in white women. Attorney Shaw Cunningham told me that Judge Dewyer and David Elliotte told him to put me on the S.O.R. Said Judge Dozier made a mistake in 2015 and they gonna correct it by force or Choice. I stated I want to see the Judge he said no. Attempt Promoting Prostitution is a misdemeanor with no statue they illegally put me on S.O.R. with out court a Judge and threaten to kill me. They did this illegal act under 39-13-515 which is no attempt Promoting Prostitution, But Prostitution Promoting they falsified the statue Put it on the internet follow me around saying I'm a Pimp. Thats Stalking. Slander. falsifying documents 39-13-515 is Promoting Prostitution, where the Person has a Prior conviction for Promoting Prostitution. Where they falsified this to committe cyber crime against me. attempt Promoting Prostitution is letting some one use a Phone.

Shaw Cunningham sent Kyle D. Parks in who threaten to Kill me if I didn't. I was released at night. Kyle Parks, David Elliotte, is trying to Committ Double Jeopardy. Dozier Sentence. the commissioner is conspiring with them.

1983

I went Back to memphis Because David Elliotte said he was gonna Kill me if I stayed in nashville. Judge Dewyer then Put a Illegal warrant out to Keep track of me to kill me. I was never on no Probation 10-2-18 He stated in open court he dismissed the sentence. If you Pull the audio you will see. Attorney Santirol Pirapari Said Dewyer gonna Kill me Because I wrote the Board of Professional Responsibility. I Recorded all the lies off Internet and Recorded Kyle Parks stated David Elliotte Shaw Cunningham, The Commissioner. Judge Tim Dewyer said he mess me off or they gonna mess off his career. Dewyer Illegally tapped my Phone with Elliotte. And Kept getting me fired, stopping me from getting my Benifits Conspired with Diane Wilson, Paul Wilson, Dandrell Dixon, Debra Dixon, Ella Ames to Kill me, Keep up with me to kill me. Ive got recordings, Documents. The law states if its and emergency my claim have to be heard. Ive been sexual Harassed by these government officials, my family, They literally threaten to Kill me and tell others to Kill me. It's recorded. Listen 8-10-20 Judge ~~Dewy~~ Dewyer Court Room Which is Proof. Also my girlfriend and her Brother n law Recorded the Conversation Before I was called in. They have an Informant name Melvin Harth you with hear his name called also. I was Denied Expedition court they Put on ~~●●●●~~ ~~I●~~ there system I made Bond. I have Proof of that falsified Document. I Saw a Dr. or medical for Pain 8-~~28~~-20 3:00 P.M. Judge had him asking me Questions on How, who When, why Attorney santirolp irapari said Dewyer got them doing it to cover ~~up what he did~~ and Kill me Dewyer gonna kill me

B6.

1983

To: Board of Professional Responsibility
FRom: Cedric Dixon 511098      8-28-20  3-C-29
RE: To file a Complaint on Judge Tim Dewyer,
Christopher Santirolpirapair for threaten to Kill me,
falsifying Documents, Sexual Harassed me Threaten to
Kill me to sign some Papers. They forged an Illegal
sentence. They Had the officers to read all my mail and
Bring it to them. They conspired with the nashville
Commissoner. David Elliotte, Kyle Parks Classification, and
Pre-trial to threaten and Kill me. 8-10-20 David Elliotte, melvin Jones,
threaten to Kill me And Judge Dewyer. In court room
in memphis. Dewyer had Elliotte and the commissoner
to put a fake Hold on me so I wouldn't bond out
in memphis to Kill me a Hold Don't last over 3
days. I was Denied the right to expedition court
officer Hilson and Stg william snatch me off my
Bunk and Broke my right shoulder hurt my lower
Back and left Hip Bone. The captin Pull oh gun on
me trying to make me sign some Illegal Papers and
threaten to Kill me. You can see all the Papers forged.
I sent you complaints to listen to the audio and I request
the audio of Judge Dewyer court and you will see 8-10-20
He got the Black officers to Brake my shoulder and Hip and
Back. Pre-trial threaten to Kill me in nashville to sign the
Illegal Papers, the commissioner, David Elliotte, classification
all sexual Harassed me threated to Kill me Conspiring to
Kill me to force me to sign some Bogus Papers. How can
I be on Probation in two different States and 2 cities in
Tennessee That's not Possible. Plus see How Judge Dewyer
change the paper or Document. The lawyer Said They gonna Kill me. I need medical attention. the

1983

On 8-28-20 I asked the officer to talk to Internal Affairs, He called a racist mexican officer who Slandered my name and futher put my life in danger while he committed Sexual harassment and conspired with the officers. He told the officer Wells don't call him no more Dixon is a dead man. officers ~~ded~~ don't go against Officers my life is in danger. I already can't get medical Attention. They are Slandering my name to get the inmates to kill me for them. ~~~~ I'm in fear of my life. I've been asking about help for my right shoulder back and hip and the officers got the nurses asking me about detox when ~~D~~ for weed and liquor and I been Incarcerated for over a month 7-23-20 and I was forced here 8-26-20 I'm in pain, my right shoulder pops every time I move it. Also my left Elbow hurts needs xray. please help me. My lower Back is in pain I need medical attention The officers at 201 done this forcing me to Nashville to kill me. Everyday I've been here I've been trying to get medical attention I've filled out 4 Sick calls, told the nurse upon arrival. I'm denied court as well. I'm Denied medical Treatment 8th Amend. const Estelle v. gamble. Also I was force to come here which is Illegal search and seized by nashville police I'm not on no Probation don't have no charge. I was forced here by death threats officer M.B. Threw away my property Bag all my clothes for these racist cops. They showing my pic Slandering my name.

1983

These racist crooked officials Dewyer, Elliotte tapped my phone telling everyone I call or text I got a STD I steal Rob. stay away from me. I have screen shots of this as proof that the U.S. marshsalls. Dewyer, T.B.I. Police Depts. My sisters in on this Illegal act when they work with Cartels and police I gave my girlfriend some Proof

Under Tennessee Law defamation is a cause of action alleging that (1) a defendant Published a statement; (a) a defendant Published a statement was false or injuring to the reputation of the Plaintiff; (3) and the defendant was negligent for failing to ascertain the truth of the statement or the defendant acted with reckless disregard for the truth of the statement. Brown V. Christian- Bros. univ., 428 s.w 3d 38, 50 (Tenn. ct. App. 2013).

The Plaintiff has the burden of Proof as Each Element. If the defendant would win the law as to the claim. There are two types of defamation: Slander and libel. The white sta lady slander my name at Pill call 8-28-20. and the white guy. I'm gathering names. David Elliotte, Kyle Parks T.B.I. Judge Dewyer Commissioner, Davidson County Sheriff Dept. Employee name Begins with y. In Pre-trial They are saying I have S.T.D.s when they tried to frame me by drawing blood to make a crime scene. I can Prove everything If they don't kill me first. They have u.s. marshalls, Police, civilians following me to keep track of me and kill me. My life is in danger They threatend to kill me. They KEEP taking my money and cars like Elaine Heard took my money and cars and trucks for a misdemeanor. Judge Dewyer Took money, Kindle fire cards for a misdemeanor. Dewyer got all these People threaten to kill me and sexual Harass me. He got a Death threat on my life with David Elliotte. Kyle Parks The Commissoner everyone I named follows me

The officers in jail said I'm a pervert I want all the women that's slander. 69.

1983

I file this U.S.C. 42 § 1983 under color of state law Because my Rights have Been violated. I was told <u>I would Be murdered if I don't sign</u> the Illegal S.o.R. I'm Sexual Harassed on a regular. Please HELP ME. The have now came up with a fake Probation now in Nashville the Racist Commissioner He said I didn't have no charge then He send the Racist Pre-trial guy name began with Y to threaten to kill me. I went in Pre trial He had David Elliotte on Speaker who Stated if I had listen to him and not Put that Big Black Penis in them white women he would leave me alone. He then told me to sign the SoR or he will kill me. I told the Pre-trial officer I wanted to Press Charges. He told me he can't If I had Kept that Big Black Penis out them like Elliotte Said now sign the Paper or die. I started cussing and left the room. I told the staff I want to file Charges But nothing was done. MY life has Been threaten I'm sexual Harassed daily. Even

I Request to file Charges on Everyone involved. I Request audio for each Proceeding and documents. Attorney Santirolprapari told me to stay away from racist Homeless shelter in Nashville and memphis and go live if I get out and tell Everyone about Judge Dewyer, A Cordova C. BradBury officer Torres Slandering MY name cause they afraid Trying to Kill ME.

1983

Nashville metro police keeps filing false charges on me threaten to Kill me, sexual harassing me. Threat me to sign illegal S.O.R.

Stg. Hendry, and officer BradBury threated to Kill me for David Elliotte try to force me to sign an illegal S.O.R. I've been sexual harassed 2 people threaten to kill me today 2 others a stg woman told a white officer to fuck me up if I look at her or the nurses hard. The stg. told me to shut the fuck up Hendry aint nothing happening to these white people and I'm still gonna die. This happen 8-28-20 After 9:00 at night. Stg. Hendry and officer BradBruy said if they dont Kill me in Here soon as I walk out the door they gonna follow me and kill me. They said they already told the shelters dont let me in I'm a dead nigger. And if Kyle Parks like Being a lawyer he gonna help kill me. and make sure I die in Nashville this time. Judge Dewyer, David Elliotte, the commissoner got these other Klan members doing this. I asked for the sheriff, or Internal Affairs BradBury said fill out a sick call and they will get it. a sick call I repeated she said she aint helping get no officers in trouble. officer MB 8-26-20 took all my clothes and threw them away. He threw away my property Bag. Elaine Heard Kept all of my money. 8-29-20 These white officers come Aron Holt conspiring with Kyle Parks about a cocaine charge I never went to court for they lying to give me a PFH

81,

1983

in Harassing me and every other Black man on the
unit. Every time I come out they surround me
like they about to kill me. Please look at the camera
Pill call or everytime I come out all these white
officers surround me make new rules Constantly
threatening me, Slandering my name. They dont
do it to white Inmates. Black Lives matter.

I'm constantly threaten by these officers and one
said they gonna have a black one around
to make it look good for the camera.

These racist Cops are Plotting to Kill me.
Please See Camera 8-29-20 Pill Call a.m.

The Black dude walked up on me like he about to
Put me in the choke Hold Swinging his arms
Says he waiting to choke me out and the white folks
gonna Hold me down Just like floyd but he black
So It wont be racial with his arm around my Neck.

Soon as any money Hit your Book my Book they took
it. They took one of my Phones. I have a receipt from
memphis for it. When I get to nashville it disappears.
they took my money for no reason. I cant get no
Stamps. They won't give me none I cant buy none
because they took my money. They took my Phone.
my Clothes, my Bag. How am I suppose to do legal work.
A. Cordova told all the Blacks dont Bring paperwork out
But look at the camera at 1:00 8-29-20 when he didnt
Say nothing to the white dudes or mexicans Thats
Racial Discrimination. 12.
me attorney Santirolpiapafi told me that.

8-29-20 at P.M. What that camera and see how the fat white guy about to attack me. That's why I fear for my life from these Klan members and Dewyer is the Head leader Attorney Santirolpirafari I need to go live if they dont stop cause they gonna kill me. Judge Dewyer Had David Elliotte in his Court room to threaten my life. He got case managers violating my 1st Amendment Right. Rights to the Court, Postage, Notary, Addresses, and my mail is being Held from the courts.

8-29-20 A. Cordova sexual Harassed me by going door to door telling the inmates Im gay. Every time Im at the toilet peeing He pops up watching my penis which is vouirisim. when I told the officer that's when he slandered my name. When I asked to speak to someone he told me nigger sit down before I kill you. These racist officers are Constantly threating me. He Lying to Everyone like I want to hurt them. But its always him spraying Blacks and Shooting killing Blacks women and men. A cordova told all the inmates Im trying to get on there case to keep from helping with their legal work that's slander. The Racist white Lady in Classification in Memphis Threaten to kill me if I didnt sign the Illegal papers. On 8-30-20 officer K wells slander my name Committing sexual Harrassment He Committed these acts 8-29-20 Please see camera.

13.

Nashville Commissioner, Kyle A. Parks, David Elliotte,
Judge Dewyer, Judge Holt _____
is Conspiring to force Double Jeopardy By
threating to Kill me if I don't sign the Illegal
S.O.R. and Probation which is also Illegal
Judge Dozier Sentence me in 2015 and Elaine Heard
Represented me. for Parks to Say he represented
me is Persury, falsifying Documents, Nashville
Commissioner _____ keep making fake
Warrants to Kill me, Committe Sexual Harassment,
Double Jeopardy. They Keep threaten to Kill me
If I don't Sign the Illegal S.O.R. Judge
Tim Dewyer Have them Doing it Attorney
Christopher SantirolPiaPari, and Kyle Parks and
a Black female Captin in memPhis threaten to
Kill me 8-26-20 if I didnt sign the fake S.O.R.
Judge Dewyer denied me Expedition Court and
threaten to Kill me to go to Nashville. Dewyer
falsified a fake Probation warrant had nashville to do
the same to Keep locking me up to Kill me. Im on
Probation in another State. when I have coPies off the
Internet the fake warrants I never step foot in
Court with Kyle Parks at All They Keep Sexual
Harassing me and threaten to Kill me. Judge Dozier
Didnt give me no Probation at all. That's the only
Judge I seen. They Kidnapped me giving Covid-19 out
here my life in danger. nashville metro Keeps Illegal Search

14

Racial Discrimination

Statement of Claim: Against David Elliotte is Illegal Search - and Seizure, Wrongful arrest, Harassment, Sexual Harassment, Perjury, Conspiracy to Kill me, Sexual Exploitation, Double Jeopardy, Threaten to kill me, Illegal wire Tap, Falsifying Documents Falsifying Charges, Conspiracy to threaten my family, Injustice

On or about Oct. 2018 I was Illegally transported to Nashville, for a Possession of Cocaine Charge, and when I get to the Holding tank Shaw Cunningham told me David Elliotte Said I need to Sign a S.O.R. I stated no Im in Jail for cocaine. He asked did I want a Black Lawyer, I stated I want to see the Judge. He tells me this don't have nothing to do with the Judge. I was taken to Booking when David Elliotte, threaten my life and Sexual Harassed me. I was never taken inside the Courtroom, Kyle D. Parks Showed up at the next court date. and Sexual Harassed me and come Back and said it was Dismissed under Nolle Prosequi 7-23-20 Elliotte Put a hold on me in memphis, He Showed up and threated me in Court 8-10-20 in Dewier Court Room, This the Same Judge have him doing this. I was forced to nashville 8-26-20 and the commissioner stated he didn't no what I was there fore. He sent me out and a Pre-trial officer called me and had David Elliotte on the Phone who threaten me to sign the Illegal S.O.R. After it was Nolle Prosequi 2018. He Sexual Harassed me threated to kill me. I never went to a Initial Appearance or Preliminary Hearing the Probation changed to 5 Sor which I never went to Initial Appearance this Proves Conspiracy Because @the commissioner is Illegal doing it Conspiring with him. My family Recorded it off the Internet how the Probation changed to S.O.R. And sent it to Black Lives matter also Elliotte Conspiring with I.B.I. David Elliotte violated the Metro Police Policy doing this. David Elliotte keep getting the police commissioner to write Illegal warrants without me there. I never went to no Initial Appearance at no time.

15.

David Elliotte Illegal charged me 2018 violating his Policy
and Retailating angainst me because he sexual harassed
He tried buying sex from my friend. He Illegally charged
in 2018, when that's not in his Policy to do. In 2015
I was sentenced by Judge Dozier on Attempt Promoting
Prostitution case 2014-D-2774 that was closed 7-24-15
2018 Elliotte ▓▓▓▓ Conspired with Racist Judge Tim Dewyer
Head of the Klan in Tennessee In May 2018 Elliotte
Tried giving ▓▓▓▓▓▓▓▓▓ 250.00 for sex She
Called I.A. in Nashville who laughed at her. She wrote
D.O.J. in washington D.C. 2018. Illegally charged me
trying to get me to sign a S.O.R. He and Shaw
Cunningham when attempt Promoting Prostitution
is a class c Misdemeanor. Elliotte told me in booking
I must have a big Penis to make the white girls
want me. He told me to Pull it out he wants to
see how it looks. I filed a grievance. Also Kyle D. Parks
Sexual Harassed me and it was Dismissed under nolle
Prosequi But Elliotte Conspired with T.B.I. and Mylissa
Black Burn who hates Blacks Because She was Raped by
a Black man. and she said as much. They sexual exploited
Me. Had Police and F.b.i. in Mississippi, Texas, Kentucky,
and Memphis to slander my name follow me tap my
Phone tell People to kill me. 2020 Elliotte Had the
Commissioner to Illegal charge me with Probation he sexual
harassed me asked to see my Penis threaten to kill me
with the Blue Knights from runway 22 racist law enforcement
that kills Blacks in Tn. The commissioner Brian Griffen.
David Elliotte D.c.s.o. Conspired and charged me with 5 sor.
I never Been to No Initial Appearance so How I get charged.

David Elliotte violated Nashville Metro Police Sexual Harassment Policy. The sexual Harassment that Nashville Metro Police, and David Elliotte Done Kept getting me fired which is a matter of Harris v. forklift sys. inc, 510 us 17 21, 126 L. Ed. 2d 295, 114 S. ct. 367 (1993)

Also Nashville Metro Police Dept. Knew of this since 2018 The Put me on hold and then Put David Elliotte on the Phone, Internal Affairs Done the same thing when I called them. which is a matter of Richardson v. New york — State Dept. of Correctional serv. 180 F. 3d 426, 441 (2d cir. 1899)

Also See free speech Retaliation Elliotte spread this from Police Dept. to Police Dept. who went to a lot of People that recorded this. They singled me out, got me fired, watched and followed, everywhere I went Every Store, Job, Hotel, Bank etc. which is a matter of connick v. myers, 461 U.S. 138, 147-48 75 L. Ed. 2d 708 103 S. ct. 1684 (1983). This is also a claim of Retaliation under Title vII Retaliation claim, Illegal wire tap

I was treated different Everyone watch and fired me, on Public Transit, Grey Hound, even walking to the Store. Nashville Metro Police, David Elliotte, T.B.I. U.S. Marshalls, Tim Dewyer, Mylissa Black Burn, Holt, Nathan Cates Kyle D. Parks, Shaw Cunnigham, Benny Milton, of miss. Tony warren. Adrain Goodmen all Conspired. Slander my name Sexual Harassed me, Ernest Grilson. I have a list of Cops and Civilans In 4 different States, also They Illesally tapped my Phone and I have Proof of Everyone on the Illegal wire tap.

his motive was Pure and though his Purpose was unrelated
to the disregard of any constitutional guarantee. The
treacherous ground on which state officials - Police, Prosecuters
legislators, and Judges -- would walk is [**** 12] indicated
by the charcter and closeness of decisions of this court
interpreting the due Process clause of the fourteenth Amendment.
In the case 2014-D-2774 attempt Promoting Prostitution
Judge Dozier Closed the case 7-24-15. David Elliotte recharge
me 2018, which was Dismissed nolle Proscoui 2020
David Elliotte conspired with D.C.S.O. Recharged me
with the exact same thing 5 times which is Impossible
and Illegal Because I never went to no Initial Appearance
See Rule 5 and 43 that states the accused can oNly be
charged By a magistrate Judge at Initial Appearance,
I never Been to, So D.C.S.O., Brain Griffen, all are
conspiring and falsified D.c.S.O. Computers. and the
case manager is envolved. D.c.S.O. Keeping my mail
⊙ Im sending to the courts which are Affidavits, motions
on David Elliotte, Brian Griffen, I got copies also I
sent some to Black lives matter Because D.c.S.O.
Keeping my mail.

Illegally had T.B.I to sexual Exploite me tap my phone follow me around getting me fired. Constantly, David Elliotte have threaten to Kill me and sexual Harassed me over 10 times. He have Trial Court holding me Kidnapping me when they don't have Jurisdiction to Resentence me. After the D.A. Nolle Proseau this 2018 Elliotte done the same thing 2020. This needs to Stop. The Commissioner no this is Illegal But He Keeps conspiring. This Double Jeopardy.

Statement of Claim on Nashville Metro Police Dept, is Conspiracy to Committ Murder, Illegal Search and Seize violate it's own Policy and give David Elliotte the order to harass me, Keep recharging me. 2018 and the D.A. Nolle Proseau 2020 they gave Elliotte the order to recharge me, Slander my Name, Sexual Harass me, conspire to cause bodily harm. They Keep getting illegal Warrants to Harass me, false Charge me this is Double Jeopardy, Because Judge Dozier Sentenced me 7-24-15 on attempt Promoting Prostituting which there was no mention of a S.O.R. Case was closed 2015. So this is Slander and Double Jeopardy. Wrongful arrest. Illegal Search and seziure, Due Process violation Equal Protection Violation, Double Jeopardy, Conspiring with T.B.I. to Sexual Exploit me, Sexual Harass me, Slander my name with out the court order of a Judge. Metro Police, and David Elliotte also violated my Social Right that I Inherct through Covid-19 Pandemic. I'm I Illegal arrested and housed on a Zone with 64 which violates the 6 feet law. I'm denied court because of Elliotte Conspiring with trial court to force resentence.

See State v. Thomas Braden, No. 01 co1-9403-CC-00098 1995 WL 740202, at * 1 n.1 (Tenn. Crim. APP. Dec. 15, 1995, Perm. app. denied. (Tenn Apr. 8, 1996). Therefore when a nolle Proseaui is entered, the case is dismissed, and T.B.I. is required to destroy all records. In this case Elliotte falsified records and gave T.B.I. To slander

19

Also see Tenn. Code Ann. § 40-35-321 (e)(1) also the Clerk of Court in which the charges against a person described in Subdivision (2)(1) are disposed of shall notify the T.B.I. con of final disposition of criminal Proceedings. Elliotte and metro violated this Policy and conspired with T.B.I. and Intentionally violated my rights under color of State Law. Also see State v. D'Anna, 506 s. w. 2d 200, 202, (Tenn. crim. App. 1973) stating that [w]hen an unconditional order of nolle Prosequi is entered after indictment, it is a dismissal of the Indictment an no conviction can be had except by beginning a new case Tenn. R. crim. P. 48(a) appears to have have replaced the nolle Prosequi with a dismissal, the older terminology continues to exists. This is conclusive evidence David Elliotte, metro Police Dept, The commissioner, and T.B.I. Done this to kill me, Slander my name Sexual Exploit me and sexual Harass me. 2015 this case of of attempt Promoting Prostituting 2014-D2774 was closed. Metro Police and David Elliotte Illegally charged me 2018 which the D.A. nollie Prosequi in Judge BlackBurn CourtRoom, which is a dismissal 2020, Metro Police David Elliotte And the Same commissioner Illegally charge Me again. This is Proof they are Conspiring to kill me, This Is Double Jeopardy. BlackBurn Know it was nolle and she still Illegally give me a lawyer off record, who Threaten and sexual Harassed me Brian Griffen. Trail court dont have Jurisdiction to Resentence me.

20

Statement of Claim against T.B.I. is Conspiracy to commit Murder, Conspiracy to falsify Documents, Sexual Harassment Sexual Exploitation, Perjury, Illegal wire Tap, Slander, Defamation of Charter. On or about Nov. 2018 T.B.I Conspired with The Metro Police Dept. David Elliotte and Judge Mylissa BlackBurn And Falsified Court Ruling of Nolle Prosequi which is a dismissal and said it's a guilty Plea and Sexual Exploited me saying Im on S.O.R. when that's not true. My Name Has been Slander, Phone been tapped. T.B.I. Calls my Jobs get Me fired, Put out all for a lie. Stating Nolle Prosequi means guilty when it's a dismissal. Please see, State v. N'Anna, 506 S.w. 2d 200, 202 (Tenn. Crim. APP. (1973) Stating that "[w]hen an unconditional order of Nolle Prosequi is entered after Indictment, it is a dismissal of the Indictment and no conviction can be had except by beginning a New case Tenn. R. Crim. P. 48.(a) appears to have replaced the Nolle Prosequi with a dismissal the older teriminology continues to exists State v. Thomas Braden, No. 01 col - 9403-cc-00098 1995 wL 740202, at * 1) n.1 (Tenn. Crim. APP. Dec. 15 1995 Perm. APP. denied. (Tenn Apr. 8. 1996). Therefore when a Nolle Prosequi is entered, the case is dismissed, and T.B.I is required to destroy the defendants records of everything also see, Tenn. Code Ann. § 40-35-321(e)(1) Also the clerk of court in which the charges against a Person described in Subdivision (2)(1) are disposed of shall Notify T.B.I of final Disposition of Criminal Proceedings.

First of all this is Not a case as described in subdivision (e) (1)
This is attempt Promoting Prostitution case 2014-A-2774
in which Judge Dozier Closed 7-24-15. That was
Never ordered to Register. David Elliotte and T.B.I.
Conspiracy, falsified Documents and Illegal Put me on
S.O.R. T.B.I. Took Statue 39-13-515 and Put on attempt
Promoting Prostitution and falsified documents saying
it's an S.O.R. Elliotte falsified Charge 2018 and it
was dismissed under Nolle Prosequi which is a
dismissal but T.B.I. and David Elliotte falsified
documents saying it means guilty. They Been tapping
my Phone getting me fired, Put out of Places for a
lie. Elliotte Can't send T.B.I Nothing, Nevertheless they
are still conspiring to Kill me. In 7-23-20 Elliotte Put
an Illegal Hold on me In Memphis for Probation saying they
over Probation I'm on. Elliotte the same Judge to make
Illegal warrant Elliotte threat me and Sexual Harassed
Me in Memphis 8-10-20 In Memphis Tn. 8-26-20 He
threaten me in Nashville and charged me 6 times with
the same charge that was Just Nolle Prosequi in 2018.
Case 2014-A-2774 is attempt Promoting Prostitution in which
Judge Dozier Closed 2015. This is Harassment. Double
Jeopardy, InJustice, Sexual Exploitation They are Doing this
On Purpose. They Have Everyone Slander my name, the Grey
Hound Bus lines Included. They get me Put out my
house and when I go to the shelters In Nashville
and Memphis T.B.I call and get me Put out of
them aswell Because they are rasict like them.
Also No Prostitute have Been commited in this case at all,
which Proves Conspiracy,

22

T.B.I. Never went By the Rules. They conspired with David Elliotte, Metro Police Nashville, Judge Dozier for sole Purpose to single me out and Kill me. Keep in mind this was a case of attempt Promoting Prostitution ~~arena~~ that Judge Dozier sentence me me on 2014. that's a misdemeanor that do not have Statue that T.B.I. falsified attempt Promoting Prostitution with the statue of 39-13-515 which is Promotion of Prostitution which is still not a S.O.R. Judge Dozier Never order me to that in the sentencing order. T.B.I. Never Received this from the clerk as described in Tenn. code Ann. 40-35-321(e)(1) The clerk of court Shall notify the T.B.I. and at no time Did Dozier or the clerk order nothing T.B.I. ~~Violated~~ it's own Policy on Purpose. Everything T.B.I. got was from Metro Police Dept. Nashville. and David Elliotte. The first Time Metro Police Elliotte Done this Nov. 2018 It was dismissed under Nolle Prosequi and T.B.I. sexual EXPloited me right then conspiring with David Elliotte Metro Police Dept., to Kill me out of Retaliation. I've Lost Everything I had Because of T.B.I., Nash. Metro Police, David Elliotte when they are constantly Conspiring to Kill me, And Deprive me of my Rights, under color of state law. T.B.I. and Elliotte Did all of this on Purpose. They never Followed No Policy at no time. This is Defamation of charcter, slander, Falsifying Documents, Conspiracy to commit Murder, sexual EXPloration

23

Statement of Claim against Davidson County Sheriff Dept.
Booking, Classification is Illegal Classification, falsifying Documents,
Illegal Detaining, false Imprisonment Sexual Harassment, slander,
Defamation of Chracter Cruel and unusal punishment conditions of
confinment, Threaten to Kill me spray me called me niggers.

On 8-26-20 I was forced to D.C.S.D. and Illegally Booked,
I was called to see the commissioner who told me He didn't
Know what I was Detained for. First of all, The commissioner
asked for me by name, He was conspiring to Make false charges and
didn't want it on screen via camera. Pre-trial officer called me
and had the commissioner, and David Elliotte on speaker Phone who tried
to get me to Sign the Illegal Probation and sexual Harassed me
talking about sex. This Happen on Phone The commissioner sent
me out so it wouldn't Be recorded. This violates Rule 5. Right
to Initial Appearance Thats Governed by Rule 43

Please see Tennessee Rules of Criminal Procedure Rule 5
Initial Appearance Before a Magistrate Judge Advise the Defendant
of what he is accused of and set Bail, also Set a Preliminary
Hearing. I never went/had an Initial Appearance. Which is
guarented 48 Hours after arrest, I didn't have no Preliminary
Hearing thats supposed to take Place 14 Days after arrest Ive
Been here since 8-26-20. D.C.S.O. Changed the charge of Probation
to 6 S.O.R. Thats Falsifying Documents, Charges. Thats conspiracy,
Slander, Illegal Search and Seizure. Booking, D.C.S.O. is Kidnapping
me. Also This Sexual Harassment D.C.S.O. Illegally charged me
Conspiring with the commissioner, David Elliotte, Judge Black
Burn. Public Defender Brian Griffen. I have not been to no
Initial Appearance and no Preliminary Hearing which is
a matter of Rule 5 Governed By Rule 43. The statue of
Limitations has Passed And I Still have not Been to no Initial
Appearances or Preliminary Hearing

24

# Cruel and unusal Punishment Conditions of confinement
## Social Distancing Rights violated

My Social Distancing Rights are constantantly violated because I'm housed on a unit with 64 People, every one with medical Issues, this is attempted Murder. Someone here keeps changing Putting Illegal Charges on my name Conspiring to Kill me with David Elliotte on attempt Promoting Prostituting 2014-d-2774 The Sheriff Know this, the case managers. the Jail Admin. But Everyone is Standing by to watch me die Because of Elliotte. It's the Jail Admin. Job to do this Even the Sheriff But thats not happening. Ive wrote requests but cant be see. Also Elliotte Did this 2018 and it was dismissed under nolle Prosequi he is doing it again. Now my social Distancing rights are violated. Medical Rights to x-rays and mri for my Back and left hip. It's the Sheriff's Job to Inform the Court of this. Im Illegally held to Die. I never went to no Initial Appearance at all thats Illegal. The charge changed from Probation to S.O.R. which was nolle Prosequi 2018. There is Black mold in the vents, and shower. Every thing the Government says about Covid-19 on the streets is denied in Here. The officers are Jumping the Inmates Calling People niggers only People getting out is white. Every Black Person in Here is being recharge when they alreeady did the time But its Illegal warrants made to re arrest, recharge when Trial court dont have Jurisdiction to resentence. This is Slavery holding the Blacks Just to Get federal Pay for them. Everyone is conspiring my People Recorded the change in charges and Post it to Black lives Matter and D.O.J. Im not filing a complaint on Medical forced to be forced on a tray I never asked for.

25

Internal Affairs conspired with David Elliotte, Nashville metro Police Dept., T.B.I, Shaw cunningham, D.C.S.O, Kyle D. Parks, The commisioner Mylissa Black Burn, Holt Nathan cates, Judge Tim Dewyer, Brian Griffen The Public Defenders office this is a matter of conspiracy Doctrine I.A. also conspired with Richard Rooker, Diane Turner, Chad Himan K whidbe. Please see. fourth Amendment rights violated 2018 and again 2020 to Cover up false arresst 2018, and Sexual Harassment 2018, 2019, 2020, Also these conspired violated my fourteenth Amendment rights to Due Process, Property, Equal Protection under the law, and Equal Justice by Conspiring with others reaching a mutual understanding to undertake a course of conduct that violated my civil rights. I called Internal Affairs they laughed and told me to hold on and Put David Elliotte on the Phone, which his conduct violated a statutory constitutional right so I.A. Must be Denied Qualified Immunity see. Harlow v. Fitzgerald, 457 U.S. 800, 818, 102 s.ct. 2727, 73 L.Ed. 2d 396 (1982). I was fired over and over. life threated, Sexual Harassed, Sexual Exploited, followed around, Put out houses, hotels, shelters, Elliotte tagged my I.d., work file, Bank History to keep up with me to kill me. If I go to the store he have cops there, they told civilians to kill me Im a theif a robber. I have over 20 People have recorded this, Told me what the Police told them. The unemployment office, Chruches, shelters, food stamp office, Temp. services aswell. My sisters, Brothers, Everyone I no.

26

Statement of Claim against Nashville Metro Police Dept. Internal affairs is Discrimination, Reconstruction Statuts liable under u.s.c 42 1981 Racial Discrimination, Conspiracy against rights, and Elements u.s.c. 42 § 1985, Retaliation for telling on David Elliotte and filing a complaint on Metro Police Dept. see miller v. mitchell, 598 F.3d 139, 147 3d cir 2010

Nov. 2018 I called I.A. Nashville and told them I been sexual Harassed by Nashville Metro Police Dept. Police officer David Elliotte who told me he want to see How Big my ████ penis is, Pull it out my Pants If I tell anyone he will charge me again. He stated he hate niggers who don't Know their Place. He Been in my Phone while I been locked up and He gonna Pay me Back for Every white Person in my Phone, on the Illegal wire tap, and Every time I go to Jail or any Black Person D.C.S.O. and the Police dept. goes into your Phone, my Phone and Put a GPS on my Phone. I.A. Told me to Hold on and the Put David Elliotte on the Phone the same Police I was calling about that got on the Phone and laughed Saying I.A. does what he ████ wants I.A. violated their Policy when they refused to Investigate David Elliotte Sexual Harassement, Harassment, Attempt murder, conspiracy, false Arrest, 2018, and 2020 Elliotte Illegal charge me with the same Illegal charge which is harassment. I Recorded the conversation with I.A. that Proves conspiracy and Racial Discrimination, Please see Simmons, 47 at 1376 Buschi v. Kirven, 775 F.2d. 1240, 1251-53 (4th cir. 1985) applying the Conspiracy doctrine to a § 1985(3) claim

27

Also statement of claim against Nashville Metro
Police, and David Elliotte is Sexual Harassing First Amend,
Equal Protection clause of the fourteenth Amendment, Free Speech Retali-
ation Sexual Harassment, Civil Enforcement Actions, Retaliation

HN3 ⤵ with regard to an employment discrimination
claim of sexual harassment, a city is liable for a
co-workers conduct only if it was negligent, that
is if it either provided no reasonable avenue for
complaint or knew of the Harassment but did nothing
about it. In the case at hand I called the Internal
affairs and Police Dept. The feds in Nashville about David
Elliotte thats when my Phone was tapped I was fired
from every Job. They called every Job I had and
have different People sexual Harassing me also T.B.I.
Who be been Sexual Harassing and Sexual Exploiting
me By Internet. They Tagged my I.d. with It
work History, to keep up with me to kill me, keep
getting me fired. I've Been fired over 10 times because
of this. They slander my name like I have S.T.D.
They lying like I'm a robber and saying this is for
a white girl. When I come to D.C.S.O. They went in
my Phone Illegally and saying they getting Pay
Back for a white woman. Brian Griffen told me
this Kyle A. Parks., Christopher Santhapiai (3) Inmates
that works for the Police Melvin Heath _____ Memphis,
████ ████ _____ Nashville. David Irvin _____ Nashville

Officer Warren, Cordova, Novak.

In May 2018 David Elliotte had the police to come to the hotel and threaten to kill me and _____ he told me to stay away from white people or he gonna keep charging me, or kill me, or have me killed. 2018 David Elliotte sexual harassed me, and threated to killed me. He told me to show him my penis he want to see how big it is. _____ If I tell anyone he will kill me. David Elliotte is a Homosexual and he keeps sexual Harassing me. Its self evident and conclusive evidence David Elliotte is sick in the Head. Dozier sentence me 2015, and Elliotte keeps charging me and the court is conspiring with him. This Racial Discrimination, InJustice Dozier didn't order no S.O.R. Because it's a Misdemeanor. It was dismissed 2018 in BlackBurn courtRoom and 2020 Elliotte does the same thing, that's sexual Harassment, and Trial court, D.C.S.O. Trial court, Attorneys and clerks are conspiring. To kill me, Racial Discrimination Malicious Prosecution. I have not been to no Initial Appearance or Preliminary Hearing these Judges are conspiring. They sent a death Threat to me by Inmate _____ He told me I need sign for the Illegal Probation or David Elliotte, Nashville Metro Police is gonna kill me. They gonna keep getting Judge Tim Dewyer in memphis and the Nashville commissioner in Nashville to keep making fake warrants to kill me.

29

Statement of Claim against CCS Medical. Denial of Medical attention.
It's Something wrong with My Liver and Kidneys
Im always hurting Im denied adequate Medical care,
Im given antibiotics, the nurse keep saying Infection
but My Kidneys and livers are always hurting Im
Peeing Blood. And Ive been denied X-rays
D.C.S.O. Illegally Put charges on me I never
been to no Initial Appearance, CCS Medical
giving me ~~antibiotics~~ antibiotics because My liver and
Kidneys constantly hurting this is a matter
of Estelle v. Gamble, the Sick call nurse give
me this I never see no M.D. It's Illegal
to be treated by a Sick call nurse, only a medical
Doctor can see what's wrong Ive never saw
one. I fear I might die In here. Im constantly
told Infections where is it coming from,
My Kidneys is constantly hurting my liver Im
Peeing Blood All the time. I fear Im going die
in here I never saw no Judge since I been
here. I beleive Im being Posined in here.
D.C.S.O. Keeps stealing my Mail, Affidavits, and
motions the keep changing I Charges, Threaten
me to sign Illegal Papers or CCS medical is
gonna let me die. My left hip is messed up
lower back and right shoulder. Im being held
so they collect federal grants off me but denying
me Medical Attention. My Kidneys and liver, bladder
feels like it's gonna burst, I need ~~help~~ help.
Before I die in here. I sent copies to the street
to be sent off, because they gonna Kill me in Here.
Denying Medical Attention and Malpractice

Statement of Claim against Davidson County Sheriff
Dept. is Illegal Seziure, false arrest, Kidnapping
Malicious Abuse of Prosecution, falsifying documents, Racial Profiling
Cruel and unusal Punishment, slander, Defamation of charter.
Intentional conspiracy under 42 U.S.C. 1985 fraud, Endanger my life covid-A
I entered D.C.S.O. 8-26-20 The commissioner told me he didn't
no what I was here fore. He told me to step out. and he
will call me Back. Pre-trial officer called me with Elliotte
and the commissioner on speaker Phone threaten me to sign
Probation, and sexual Harised me. I never saw a commiss
Initial Appearance, which is how you're legally charged
see Rule 5 and 43 of T.R.Crim.P. 5th Amend. U.S. const.
I have a charge sheet with only Probation on. I never
at no time saw no Initial Appearance or Preliminary
Hearing, therefore Booking, Brian Griffen is falsifying the computer.
to Illegally Detain me. I never went to no Initial Appearance
So how did the charges the same exact charge 5 times Because
Davidson county Sheriff Dept. is conspiring to do this. Violate
my 5th 6th 8th and 14th Amend. Rights. Illegal seizing me
slandering my name. classifying me as S.O.R. when Im not.
Malicious Prosecution in violation of the fifth sixth, and fourteenth
Amendment. Intimidation under indiana code 35-45-2-1
harassment under 35-45-2-2. Also Im Denied stamps. when
I've been here over 30 days The Machine denies me Indiscent
So I can't write to the courts. because they are Illegally
holding me. I've never been to no Preliminary, or Initial
Appearance But D.C.S.O. Has conspired with Elliotte
and a Judge and Put false charges in the system.
It's illegal to have the same charge 6 times. Especially If
you have not saw no commissioner. Also they Put My life in
Danger with covid-19. The social Distance Law. I send out mail and
D.C.S.O. keeps my mail, I sent Affidavits to the feds. D.C.S.O. kept my mail
31

D.C.S.O. Is Putting People on Quarantine for no reason, Just to keep me in Jail Longer with no court, no mail. They kept my mail I sent to the federal court Affidavits, motions, Restraining orders. My girlfriend Called the feds and asked they never received no mail from me, so D.C.S.O. Is keeping my mail. They are endangering my life with Covid-19, Put me around Sick People, violating my Social Distancing rights. D.C.S.O. is Trying to Kill me on purpose. D.C.S.O. Illegally Put charges on me without a Initial Appearance I have not been to no Initial Appearance at all. D.C.S.O. Is Illegally charge me to Kill me with Coronovirus. Classification Putting 64 People together on Quartine. Every one suppose to Be Quartine from the door to Prevent everyone else from getting Sick. But Classification Put People fresh off the streets with People been Incarcerated. This is Premeditated Murder, I've Been Held here Illegally Since 8-26-20 and Just got Quarentine 9-26-20 This is Premeditated murder. D.C.S.O. no I have not been to no Initial Appearance. They D.C.S.O. Booking conspired to falsify charges with David Elliotte, Brain Griffen. You can only have one of the same charge they Put down 6 for me which Proves Conspiracy to commit murder falsify charges, Malicious abuse of Prosecution This is to Hold me Brian Griffen Said he would do This with Elliotte the case manager. and D.C.S.O. I filed 10 grievances, I wrote the Sheriff, to Lt.'s everyone even the case managers. But everyone Conspired.

32

A Prison official May be held liable under the Eighth Amendment
for acting with "deliberate indifference" to inmate health or safety
only if he Knows that inmates face a substantial risk of serious
harm and disregards that risk by failing to take safety concerns
to them, by failing to take measures to abate it. P.P. 832~851.

a. Prison officials have a duty under the eighth Amendment to
Provide humane conditions of Confinement. see Wilson v. Seiter
501 U.S. 294, 298, 115 L.Ed.2d 271, 111 S.Ct. 2321 and
the official has acted with deliberate indifference, to inmate
health and safety. D.C.S.O. House PEOPLE to get federal
funds. They charge for Jumpsuits, medical, everything and
denied me X-rays. What are the federal grants being
used for. I'm Illegal Seized here. I have not been
to No Initial Appearance see Rule 5 and 43 of T.R.Crim.P.
I have not Legally been charged. D.C.S.O. is Conspiring
with David Elliotte, to falsify charges to Kidnap me.
Everyone I talk to tells me they dont Know. D.C.S.O.
housed me its their Job to find out how Illegal
charges get in the System. Its the case manager,
Cheif of Security Jail Administrator and the
Sheriff Job to find out. I been here over a month
and I have never been to no Initial Appearance at all
this is Conspiracy to Kill me. D.C.S.O. Is trying to Kill will
the Covid-19. over Crowding the Housing Violating the social
distancing Law. Constantly, Putting my life in danger
I never went to no Initial Appearance, this is Attempt
Murder. D.C.S.O. Have Been feeding off Hard trays when there is
No Cure for Covid-19 So they are Attempting to murder me with it.
they dont eat off hard trays, there is no bleach, etc. D.C.S.o Put
the same Case 3:20-cv-00991 Document 1 Filed 11/19/20 Page 33 of 54 PageID #: 33 never
went to no Initial appearance at all.

33

This is a Matter of <u>United States v. Classic 313 U.S. 299, 326, where</u> we said Hn13 Misuse of Power Possessed by virtue of state law <u>and made Possible only because the wrongdoer is clothed with</u> the authority of State law, is action taken under color of State law. See <u>united States v. Cruikshank, 92 U.S. 542, 553-554.</u> [*★★★★34] It is no more the duty or within the Power of the united States to Punish for a conspiracy to falsely imprison or Murder within a state, than it would to Punish for false imprison. also see <u>united States v. fox 95 U.S. 670, 672</u>. It is only State action of a Particular character that is Prohibited by the fourteenth Amendment. See <u>Brown v. Mississippi 297 U.S. 278 285.</u> It could hardly by doubted that they who under color of any law, Statue, ordinance [*★★★29] regulation, or custom" act with <u>that Evil motive violate §20</u>. Those who decide to take the law in to their own hands and act as Prosecutor, Jury, Judge and executioner Plainly act to deprive a Prisoner of the trial which due Process of law guarantees him. <u>see tot v. united States</u> <u>319 U.S. 463</u>. I never Been to no Initial Appearance But I'm held on the same charge 6 times. Which at first 8-26-20 was a Probation charge then changed which Proves file Play. But the General Rule was stated in <u>Ellis v. United States, 206 U.S. 246,</u> 257, as follows: If a man intentionally adopts certain conduct in certain circumstances known to him, and that conduct is forbidden by law ever considers intent. And see, <u>Horning v. District of [*★97]</u> <u>Columbia, 254 U.S. 135, 137; Nash v. United States 229 US. 373</u> <u>377</u>. Under that test a local law enforcement officer violates §20 and commits a federal offense for which he can be sent to Prison if he does an act which some court later holds deprives a Person of due Process of law. And he is a criminal though

34

Statement of Claim against Case manager K. Whidbe ~~████~~
is violation of Privacy rights, violating and Denying rights to
the court. Denying me my legal work out of my Property.
I've Been constantly trying to get legal work, my legal
out of my Property. The Policy, the c.o.s, the Lt.s say only
the case manager can go into your ~~████~~ Property. Case manager
~~████~~ K whidbe ___ always says she can't do it someone
Job. which is Perjury. This is Stoping me from getting out.
Also ___ ~~████ casemanager~~ made extra copies of my legal work
and gave to the sheriff Dept., and the Public Defenders,
Office, and David Elliotte. She has denied me notaries
of Affidavits, and Motions. She has denied me Postage
and Paper for my legal work. So I have to write on
the back of sick calls, and grievances. This violates my
1st Amendment rights to the court, Privacy, mail rights,
legal assistence, Conspiracy of Illegal Detainee, Conspiracy
of murder, Conspiracy of Sexual Harassment. She refuses
to even call Memphis to get my money from commissary.
I asked for all Paperwork out my Property, my legal Pad my
soap deodorant, toothpaste, she denied me All this but went got a
white guy stuff out his Property. Also she won't give me none
of the above. But she's constantly hendering me. violating
my rights under color of state law. ___ ~~████~~ ___ Conspired
with Brian Griffen, David Elliotte, Boo King. The commissioner to
illegally Put these charges in the system without me go to a
Initial appearance and Preliminary Hearing. This violates Rule 5
and 43 of Tn.R.Crim.P.   4th 5th 6th 8th and 14th Amendment.
When case manager ~~████~~ copied my legal work and gave to
the ~~Police~~ they moved my case out Turner courtroom to another one,
and keeps Putting it off. I never Been to No Initial Appearance now
the court is 10-2-20 which will be 33 days with out Initial Appearance
without ~~Preliminary~~ Hearing.

35

The case manager plays a central role in managing the individual inmates, serving as the broker and brokering the identified needs of inmates with available resources within the institution. Tr at 524-25; PE 287 at 11-C-7 Ive filed Grievance and I don't get responses.

## Mail Man C.D.M. D.C.S.O.

The mail man at D.C.S.O. have been violating his policy and been stealing my legal mail to keep me out of the federal court in Nashville and the 6th cir. in ohio. He have stole Affidavits, Motions Restrainging orders, Subpochas. He brought me one Affidavit back ; sent out 9-17-20. He kept the envelope it was in, I didnt sign for it, all mail from any federal court is certified But He tells this one is not, It was to stamped received and filed. Also the Brown envelope had D.C.S.O. on it not federal court, 801 Broadway, see camera. He said David Elliotte and His Boss told Him to do it when I asked him about it. This is conspiracy to commit murder, mail fraud, Sexual Harassment.

## Case Manager Whidbe

I have other Legal work in my Property. But the Case Manager Whidbe refuse to get it out my Property this Violates my 1st Amend. Right. Conspiracy to committ Fraud, murder. This is conspiring to Endanger my life false Detaine me. The Policy states the only Person can go into my Property is the Case Manager. But the case manager say she cant go into my Property in get my legal mail But she went into the white guy Property and got h$. She is Purposely Conspiring with Elliotte to Henden me from getting out.

Statement of claim against Nashville Public Defenders office
is conspiracy to committ Murder Conspiracy to sexual
Harass Me, Ineffictive assistance, Malicious Abuse
of Prosecution, Gave Brain Griffen the Job to Illegally
get me resentence, and sexual Harass me. Brian Griffen
try to talks me into Being resentence. (1) He knows
Judge Dozier sentenced me on 7-24-15 on attempt
Promoting Prostituting case 2014-A-2774 And Dozier
Did not sentence me to S.O.R. 2018 David Elliotte
Illegally charged me with this which was nolle Proseaui
2020 David Elliotte Does the same thing. And He Conspired
with mylissa Black Burn again In 2018 BlackBurn
illegally assigned Shaw Cunnisham, and Kyle D. Parks.
This same charge was nolle Proseaui in Black Burn
court 2018. In 2020 Black Burn Illegally sent
Brian Griffen to Sexual Harass me. Threaten me to
Be Resentence when trial court Don't have Jurisdiction
to resentence. The Public Defenders office Knows all of
this and they are constantly conspiring to Sexual Harass
me. Resentence me. They conspired and Changed the
Charges Put charges in the computer. Brian Griffen
told me this. They Refuses to get the sentencing order.
Griffen stated BlackBurn and David Elliotte and the
Public Defender's office told him to violate my rights
Change the Probation to SOR to Sexual Harass
Me. I never went to No Initial Appearance at all
there are no records of one Griffen stated he changed it
with the Public Defender's office, Bookine, Pre-trial, D.C.S.O.
David Elliotte all officers on Spring with BlackBurn This Double
Jeopardy. They added these Illegal charges on file.

38

Statement Of Claim against Brian Griffen (Public Defender)
Sexual Harassment, Threaten to Kill me. Ineffective assistance
of Counsel Conspiracy to Committ Double Jeopardy falsifying
Document. Malicious Abuse of Prosecution
Conspiring with the Police committing false arrest.

On 9-4-10 I saw Brian Griffen who told me to take a
Plea Bargain to Be resentence for an Illegal sentence.
Sign a Paper saying im on Probation so David Elliotte wont
get into trouble. I was Sentence By Dozier - 7-24-15 on
attempt Promoting Prostitution 2014-D-2774 a misdemeanor
that is not a SOR. Dozier Did not order it to Be a S.O.R.
2018 David Elliotte Illegally charged me to Sign a SoR. He threaten me
sexual Harassed me. It was Dismissed under nolle Prosequi.
Elliotte Conspired with T.B.I. and BlackBurn saying nolle Prosequi
which means dismissal this happened in Blackburn Court Room.
2020 David Elliotte recharged me with the same thing toll was
I was Illegally sent to nashville for Probation I never saw
no Magistrate Judge. I never went to no Initial Appearance
at all no Preliminary Hearing at all. Brian Griffen Popped up
stating BlackBurn told him to sexual Harass me, told him to get
me to Sign for a Illegal sentence which is double Jeopardy.
I told him I was charged with Probation he said they gonna
Change that. And He changed the Computer. He No Trail Court
Don't Have Jurisdiction to Resentence. He no I never seen no
Initial Appearance. He conspired and Put this in the system.
There is no records of no Initial Appearance or Preliminary
Hearing therefore I have not Been charged. But Griffen changed
the Computer He sexual Harassed me talking about Sex and I
asked him to stop and stay away from me. Him and
the Public Defenders office. I told Brian Griffen about the Probation
He State Case 3:20-cv-00991 Document 1 Filed 11/19/20 Page 39 of 54 PageID #: 39
Illegal Charges He the Public Defenders office, and David Elliotte.

39

Brian Griffen told me to pull out my penis so he can see it.
P.D. Brian Griffen tried tricking me like its legal to
Resentence. In which its not. Then he state attempt
Promoting Prostituting is a S.O. under statue
39-12-101 which is not true. statue 39-12-101
is for Rape charges. attempt Promoting Prostitution
is a misdemeanor o that I was sentence on
7-24-20 By Judge Dozier Case 2014-D-2774
This is Proof Brian Griffen is Conspiring with
David Elliotte. This is Proof The whole Public
Defenders office is Conspiring with David Elliotte
to Kill me and sexual Harass me. Griffen
told me they were going to Put fake charges
to Hold me. He, D.c.s.o. Booking the commissioner
David Elliotte. This violates my 6th Amendment
Right. Judge Blackburn Illegally sent this Brian
Griffen to do the illegal resentence out of
racial Discrimination. and the case went to
Diane Turner court with another lawyer
Chad Himan. I never went to no Initial
appearance or Preliminary Hearing. See Rule 5 and 43
I never sign for no attorney this Malicious abuse
of Prosecution, Racial Discrimination Trial court Put
off court over 10 Times. The State can only Put
off court 3 times. I can Put off 3 times. I
never Requested to Put off court. I never signed
for no Lawyer at all. These Judges are conspiring
they are violating all my Constitutional Rights.
This is a case of Faretta v. State of California 422 U.S.
806. also See Fed. R. crim. Proc. 44.

40

Statement of Claim against Criminal Court Clerk
Richard Rooker is Malicious abuse of Prosecution, Violation of Oath

Violated his/her oath of office as Set forth at 28 U.S.C. §951
when ___Rooker___ (1) fail to create a docket Entry
Specifying that the Clerks office had Mailed Plaintiff
a copy of My Motions, Affidavits see _Shavers v. McKee_
etal 2006 U.S. Dist. Lexis 8288 No. 1:06 CV-40 (w.D. mich.)
I filed Subpoenas, Restraing orders. I requested
Transcripts & Sentencing orders and ___Rooker___
fail to answer, Refused to send documents conspiring
with David Elliotte, and Retaliating for complaints I
filed. I've filed twenty Motions and ___Rooker___
failed to stamp and file any which Proves Conspiracy.
Please see § 951. Oath of office of clerks and deputies

Each clerk of court and his deputies shall take the following oath or
affirmation before entering upon their duties: I, Richard Rooker having
been appointed _clerk_, do solemnly swear (or affirm) that I will truly
and faithfully enter and record all orders, decrees, Judgements and
Proceedings of such court, and will faithfully and impartially
discharge all other duties of my office according to the best of my
abilities and understanding. So help me god!

___Rooker___ violated this oath when _Rooker_ refused to
file My Motions, Affidavits, that I hold in front of the camera
mail out and write down the date. also denied me sentencing
orders, Transcripts. ___Rooker___ is conspiring with Attorneys.
Nashville Metro Police Dept., David Elliotte, BlackBurn, Chad Himan,
Brian Griffen, Turner, T.B.I. Racial Discrimination, Sexual
Harassment, Attempt Murder, Conspiracy to comit Murder,
Bookings, Pre-trial commissioner the Case Managers,
Also Statement of claim is Racial Profiling.

41

## Notary Public

The Notary ~~Doc~~ Public Refuses to Notarize Affidavits
When Everyone in the world Knows a Affidavit have
to be Notarized. Also she Refuses to fill ~~sand~~ out
My Indigent form correct. She refused to sign it
refused to Put name of the Institution. This violates
my 1st Amend. Rights to the courts. She is conspiring
to Keep me in here. By Sabotaging my legal work.
I've Been here 30 days and only gotten 1 stamp
that's unconstitutional.

## C.D.M. D.C.S.O

I only gotten 2 Bars of Soap in 3 ~~days~~ weeks. But I'm
charged for everything I have Deodorant, soap, toothpase
in my Property. And I'm denied that. I'm stuck is this
filthy Infested Jail. Social Distancing Rights are
violated It's 64 People on a unit, You have to drink
water out the Bathroom. There is no air It's hot and
Germs People are sick. I'm constant catching Infections,
they serve food off hard trays which is unclean there is
no cure for Covid-19 and we are eating off Hard trays,
That violates Social Distancing, Board of Health, and these
Notary Public is conspiring to Kill me with Keeping me here
refusing notaries, refusing to fill out the forms correct.
D.C.S.O. Booking Keeps Illegal Booking me in on Illegal charges
without me Present I have not saw no Magistrate or Knew
anything. They are conspiring with Elliotte to Kill me in Here.
The Sheriff can easily Stop this But he choose not to because
of retaliation from a complaint I filed. I'm not filing
this complaint for ~~money~~ for Better conditions, for D.C.S.O.
D.C.S.O. officers have Inmates Slander my name the transit officer take
this guy to the Dr. about his ear and have him slandering my name.

42

## Kitchen

The Kitchen is constantly sending unclean trays, food from previous meals, and hard trays. There is Covid-19 with no cure and the Kitchen is serving hard trays. I keep an Infection because of the unclean trays. I'm forced on a diet tray that I never asked for. There is never no meat on the trays especially the Breakfast trays, no coffe. F.D.A. Requires 5 Basic food groups, meat, 3 veggies, Bread, dessert. Eggs are not meat It's violated the F.D.A. Policy Being served as meat. The trays I get Never have meat, and it's always a unclean tray, hair on the tray. The Kitchen is Passing the covid-19 around with these hard trays. I fear for my life Because of It. I keep an Infection Because of It. It's always grind up meat like they feeding a baby here.

## Corpral Punishment

Every one always gets Punished for one Person or Something they think has been done. The gaurds misplace the chemical Bottle and lock Everyone down. They let the Kitchen send dirty trays, trays with hair on it and wont replace the tray. They talk crazy want to jump the Inmates. I filed a grievance being Sexual Assulted By C.A.m. Staff. A Police a Lawyer and I was Locked down. The Prea Hot line dont work. The officers are here for the officers not the Inmates. The officers are gang Bangers Jumping the Inmates. They give some People Tablets when others dont have one. Everyone Puts Everything on the case managers when a lot is not their Job. Especially Security

Statement of Claim against Officer Novak is Racial
Discrimination, Slander, threaten my life, conspire to kill me,
sexual Harass me. Conspire to sexual Harass me with
Officers Daywood _____

On 9-22-20 I was called a nigger, bitch by officers Novak
_____ because my tray was short
of food also hair was in the tray trash like my food come
off the floor, I was taken to an Isolation cell where they
Shook mace the whole way and sprayed it. The Keep calling
me niggers How they are gonna fuck me up if I don't Sign
to be resentence like David Elliotte said. They said they hate
niggers anyway. Thats the second time Novak threaten me to
Sign the Illegal Probation So David Elliotte won't get reprimand
thats what novak said. He said they gonna make me an s.o. to
Keep up with me.
Statement of Claim against officer _____ Daywood _____ is
Racial Discrimination, threaten to kill me with officer novak and
2 other officers on 9-22-20 _____
Because I complained about trash was in my food, Hair,
the tray is always short of food. He called me a bitch sprayed
Mace check the camera 9-22-20. He stay calling everyone
niggers, bitches, hoes, and these Lt's don't ever do
nothing about it. Lt. Rogers called me a crazy ass
nigger. It's Racial Discrimination Daily here. My life
is constantly threaten because I wont sign the Illegal
Papers, to be resentence.

44

Attorney Christopher Santirolpiapair told me 8-10-20 Judge
Tim Dewyer is Responsible and conspiring with Everyone
trying to kill me. He Have Everyone getting me fired,
tapping my Phone Have U.S. Marshalls red flag my I.d.
bank account, so I can't get a Job, He Has David Elliotte
Kyle Parks. The nashville commissioner committing
double Jeopardy, to kill me Dewyer Have David Elliotte
nashville metro Police, T.B.I. Threaten to kill me if
I don't sign the Illegal Papers, and S.O.R.
Because this is Retaliation for Dewyer Because I
wrote The Board of Responsibility about him giving
me caps and forced me to nashville, Illegally.
Dewyer falsified more Documents like I was on
Probation. he had a cAPtin Pull a gun on me to force
me back to nashville without expedition Hearing.
He told the Racist Homeless Shelters don't let me stay,
This Judge is writing these Illegal warrants getting
Every one killed. Every one black. Dewyer Conspiring
with nashville metro Police, and David Elliotte to
Sexual Harass me and threaten to kill me which
violates the Police Policy, Illegal Search and Seizure Slander,
Double Jeopardy, Threaten to kill me if I don't sign
Illegal PaPers and S.O.R. He told Elaine Heard take my
money, and Attorney Santirolpirapair in memphis to
take my money. He got the Jail to not notary my
legal mail, not send my mail out not answer my
grievance, sick calls. Dewyer wants me dead. He tap
my Phone So I can't get Benifits, a Job, He Slandering my

Name Judge Dewyer, David Elliotte, Nashville Commissioner,
Kyle Parks, Elaine Heard, Metro Nashville Police
Keeps sexual Harassing me making false charges
threating to Kill me Along with T.B.I. The Howard
Gentry Building, Nashville Criminal Court, Aron
Holt, Sta. Hendry, Booking and Pre-trial Keeps
Sexual Harassing, They took my money so I can't
Buy stamps. The mail man telling the Inmates
I'm a cop they need to Kill me. I'm Denied
X-rays for lower Back, left Hip, left elbow, right
Shoulder. Dewyer took my Blue Rawlings Bag
for a misdemeanor I Have the report from the date
of arrest and He falsified another one I have both
to show Dewyer is trying to Kill me He is a
Klan falsifying Documents and threating everyone
Jobs. Dozier sentencing me on a misdemeanor attempt
Promoting Prostitution which don't have a Statue.
Nashville metro Police Dept. Kyle Parks, David Elliott,
Nashville commissioner, Shaw Cunningham,
and T.B.I. Conspiring to Kill me Because I refuse
sign a S.O.R. Like Dewyer told them, they Put this
on the Internet which is a CYBer Crime. They
Put a statue 39-13-515       which there is no Statue
for attempt Promoting Prostitutins, defintion is letting
Someone use a cellPhone. Statue 39-13-515    is
for Promoting Prostitution when someone have a prior, In
my Case I do Not. They Switch the Statue and trying to
recharge / sentence me for Judge Dozier. There is no prostitute
charged a warrant for Destiny. Thats No one.

46

Which is Double Jeopardy. They constantly Sexual Harass me, Threaten to Kill me, Take my money Deny me Adequate medical see Estelle v. Gamble, ineffective assistance of counsel see <u>Farette v. State of California</u>. Constantly never read me my rights see <u>Miranda v. Arizona</u> also Article 3 Section Bill of Rights. Article 1 Section 9 Tn Constitution. Attorney <u>Santirolpirapair</u> told me Dewyer Threaten the Board of Responsibility, N.a.a.c.P. and Every law firm I Contact thats why he have the Illegal tap on my Phone to Kill me. He the reason I can't get my benifits, a Job, He lYing like I got a S.T.D. To Keep me Isolated to Kill me. Tim Dewyer, David Elliotte, Kyle Parks, Booking, Nashville commissioner Shaw Cunningham Elaine Heard, nathan Cates, U.S. marshalls, metro Police Aron Holt Stg william, Stg Hendry threaten to Kill me Cardova threaten to Kill me this is an Emergency. They Keep trapping me in Nashville to Kill me. I have no where to stay here this there Plan to Kill me. Attorney <u>Santirolpirapair</u> told me to go live and tell Everyone because Dewyer is about to Kill me, Elliotte, Parks, Everyone I name. federal law states for Emergency They Have to hear the claim free. They threaten to Kill me, and Keeps Sexual Harassing me. Hear audio 8-10-20 Memphis Tn Judge Dewyer Court you will hear metro Nashville Police David Elliotte Conspiring with Dewyer. Conclusive Evidence. Case Proven.

47

Also Diane Wilson, Paul Wilson of Christian Wilson Christian Day Care that Laundera$ money And transport Drugs for a Drug Cartel tapped my Phone and Bugged my Room for T.B.I, Judge Dewyer and threaten to Kill me along with Dandrell Dixon, Debra Dixon, Chauncey Dixon Ernest Gilson, Tony warren, Benny Milton Sexual Harassed me and threaten to Kill me for Judge Tim Dewyer, Adrain Goodin, also threaten to Kill me. All of them tapped into my Phone, well Diane Wilson Phone she let me use. nevertheless the are Slandering my name and threating to Kill me Conspiring with David Elliotte, Dewyer, Parks, Nashville Commissoner. I have Proof on memory Cards Sim Cards and E-mail of these People Conspiring to Kill me. Nashville Commissioner Constantly Sexual Harass me. Give me Bonds for fake Charges Because He Hate niggers. He is Conspiring to Kill me thats why He came up with this fake Probation and Sor See. 8-26-20 When I talked to Him He threated to Kill me and He sexual Harassed me under Color of State law.

48

<u>Mylissa Black Burn is Committing InJustice, Double Jeopardy</u>
<u>Kyle D. Park, Judge Mylissa Black Burn Illegally Sent</u>
<u>Public Defender Griffen to Sexual Harass me on</u>
the Case Attempt Promoting Prostituting a Misdemeanor.
Judge Dozier Sentence me on 2015 So trial Court lacks
Jurisdiction. I'm being Sexual harassed by
Griffen and Black Burn. They are trying to resentence
me on a charge I already Been sentence on
So this would Be Double Jeopardy. Griffen Knows
this and Black Burn Knows this. But they Still deprive
me of my rights Because I'm Black. They Hate
Black. Attempt Promoting Prostitution is a Misdeameanor
letting Someone use a Cell Phone. In this Case
there was no Prostitute. Elaine Heard threaten me
like they are now. They took the statue falsified it
with attempt Promoting Prostitution trying to force a S.O.R.
39-13-515 is Promoting Prostitution only if you have Priors.
I fear for my life from Black Burn, and Griffen as well
I never went to no Preliminary. I never sign for this
attorney. I'm being Held Hostage. There was never
a Prostitute in this case. First I do a Year and a half
for nothing then Keep getting fired, to an Illegal
Charge and Death threat. Elliotte. Parks, and Everyone
got the 52 Hoover crips threaten to Kill me if I dont
Sign This Illegal S.O.R. Illegal Probation. Nashville
Criminal Court or Black Burn Holds no Jurisdiction to Resentence
me because trial court has ended. They are in Violation for
trying. They are Kidnapping me. This is Ineffective assistance of
Counsel. Griffen Said Black Burn told him to lie to me. Trick me.
To Sign the Illegal Sentence. That's InJustice.

49

I am being Illegally Held without bond which violates my 7th Amendment Constitutional right. SoR Is not a Charge. It comes with a charge. I was sentence 2015 attempt Promoting Prostitution which is a misdemeanor not S.O.R. The Commissioner Keeps Illegally Sexual Harassing me with this Illegal S.O.R. Charge that's not a Charge at all Please see Alexis law. My Charge was attempt Promoting Prostitution which I was convicted on 2015 So this is Double Jeopardy BlackBurn and The Commissioner. The Public Defenders office, David Elliotte, Kyle Parks, Tim Dewyer, P.D. Griffen are Conspiring to resentence me, Kill me force Double Jeopardy, and Illegal Sentence. There is no Bond I have not Confront my Accusers I have not went to a Preliminary Hearing or Trial in 2 years This is InJustice. Im being Kidnapped while Trial Court try to force Double Jeopardy. Trial Court Do not have Jurisdiction to Resentence me only the Court of appeal through Post-Conviction, I never filed. This is Sexual Harassment, Sexual Exploitation, How can I be charged as S.O.R. When there was never a Prostitute Charge They doing this out of Racisim and hate by laws they are committing Sexual Harassment. The Commissioner and Elliotte Put a Illegal Hold on me 7-23-20 and I Still have not been to court, No Bond That's Illegal It's Covid-19 in here and they are trying to Kill me with it. Black Burn Dewyer, Holt the Commissioner Public Defenders office David Elliotte Kyle D. Parks, Griffen Heard TBI, U.S. marshalls Even the Resue mission and Metro Police are Conspiring

1983 Dewyer Conspiring with nashville with the probation lie back to Back. It's Impossible now you see Dewyer doing this. Illegal.

I'm Indigent I dont have no money to Pay. But federal law States if it's an Emergency. This is a Emergency They Said they are gonna <u>Kill ME</u> if I dont Sign or Have me killed. They Keep Sexual Harassing me. They the reason I cant get my Benifits, and I keep getting fired Dewyer and Elliotte is Responsibility for this. Because they are racist.

Christopher santrolPirapari Said they not gonna Stop till I'm dead. And they get me fired so I cant pay. They Told Kentucky and ms dont give my Benifits cause they racist and want me dead too. Dewyer Just lied like I was on probation now nashville the very next month. This is conspiracy.

Respectfully Submitted
Cedric Dixon 511099
<u>Cedric Dixon</u>
<u>P.O. Box 196383</u>
<u>Nashville, Tn 37219</u>

<u>Certificate of Service</u>

I hereby certify a true 1983 civil Complaint to be file free as required By federal law an Emergency Because David Elliotte, Pre-trial, Tim Dewyer, Kyle D. parks a mexican lawyer The commissioner threaten to Kill me and they are constantly Sexual Harassing me. this the <u>17</u> day of <u>Sept</u> 2020.

I could not get this notarized or my Affidavits

1. _____

_____
_____
_____

<u>Notary Public</u>

My commission
<u>expires</u>

2. <u>Black lives matter</u>

_____
_____

_____

_____

He is Conspiring with Metro police nashville,
David Elliotte, Tim Dewyer Falsifying Charges Kyle Parks
Nathan Cates, Shaw Cunningham, Elaine Heard, They
have everyone following me around. They told me they
gonna kill me. They Illegal put me on S.O.R. Also Black Burn
P.D. griffen, This is Injustice Trial Court holds no Jurisdiction to re'-

V. Relief sought: Sentence.

1. I want them to Leave me all. They need to stop
following me stop threaten to kill me, U.S. marshall
T.B.I, Police. Homeless Shelters, Chruiches

2. Stop Sexual harassing me, Stop conspiring
to kill me. Stop getting me fired,

3. Stop messing with my Benifits, Stop getting
me fired, Stop fale arresting me,

4. STop the Illegal SOR, Stop slandering My
Name. Stop conspiring to kill me,

5. All my Money Heard, Elaine Heard took and
Property I want back, and Judge Dewyer I want it
Back. Punitive Damages, Preliminary Injunction

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our)
information, knowledge and belief.

Signed this ___17___ day of ___September___, 20_20_

Cedric Dixon

Cedric Dixon

_____
Signature(s) of Plaintiff(s)

NAME Cedric Dixon
OCA 511099
DAVIDSON COUNTY SHERIFF'S OFFICE
P.O. BOX 196383
NASHVILLE, TN 37219-6383



RECEIVED

NOV 02 2020

US DISTRICT COURT
MID DIST TENN

Federal Court Clerk
801 Broadway Room 800
Nashville, Tn 37203



SENT FROM CORRECTIONAL
INSTITUTION INMATE BEARS ALL
RESPONSIBILITY FOR CONTENT